UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| | § | |
| **WANDA STONE** | § | **13-36601-H4-13** |
| **BARTHOLOMEW D. STONE** | § | |
| Debtor | § | Chapter 13 |

### EMPLOYEE INCOME RECORDS/PAYMENT ADVICES

Debtor files herewith copies of all employee income records and/or payment advices in the Debtor's possession relative to income received within sixty days of filing.

Debtor does reasonably anticipate any increase in income or expenditures in the next twelve months.

*Respectfully submitted,*

__/s/ John V. Burger_____
**John V. Burger**
State Bar No. 03378650
4151 Southwest Freeway, Suite 770
Houston, Texas 77027
(713) 960-9696 telephone
(713) 961-4403 facsimile

David G. Peake, Trustee
9660 Hillcroft, Suite 430
Houston, TX  77096-3860

Wanda Stone Bartholomew D. Stone
805 Regency
Deer Park, TX 77536

**K & J MACHINE & WELDING INC**    2281

Employee: Bartholomew Stone, 805 Regency St, Deer Park, TX 77536
SSN: ***-**-9931
Status (Fed/State): Married/(none)
Pay Period: 09/22/2013 - 09/28/2013
Allowances/Extra: Fed-5/0/TX-0/0
Pay Date: 10/04/2013

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Regular | 0:00 | | 1,000.00 | 40,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -53.00 | -2,126.00 |
| FICA-Social Security Employee | -62.00 | -2,480.00 |
| Medicare Employee | -14.50 | -580.00 |
| | -129.50 | -5,186.00 |

Net Pay    870.50    34,814.00

K & J Machine & Welding Inc., 2208 Catalina St., Pasadena, TX 77503

Powered by Intuit Payroll

---

**K & J MACHINE & WELDING INC**    2277

Employee: Bartholomew Stone, 805 Regency St, Deer Park, TX 77536
SSN: ***-**-9931
Status (Fed/State): Married/(none)
Pay Period: 09/15/2013 - 09/21/2013
Allowances/Extra: Fed-5/0/TX-0/0
Pay Date: 09/27/2013

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Regular | 0:00 | | 1,000.00 | 39,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -53.00 | -2,073.00 |
| FICA-Social Security Employee | -62.00 | -2,418.00 |
| Medicare Employee | -14.50 | -565.50 |
| | -129.50 | -5,056.50 |

Net Pay    870.50    33,943.50

K & J Machine & Welding Inc., 2208 Catalina St., Pasadena, TX 77503

Powered by Intuit Payroll

**K & J MACHINE & WELDING INC** Pasadena Tx 2290

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Bartholomew Stone, 805 Regency St, Deer Park, TX 77536 | ***-**-9931 | Married/(none) | Fed-5/0/TX-0/0 |
| | Pay Period: 10/13/2013 - 10/19/2013 | | Pay Date: 10/25/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Regular | 0:00 | | 1,000.00 | 43,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -53.00 | -2,285.00 |
| FICA-Social Security Employee | -62.00 | -2,666.00 |
| Medicare Employee | -14.50 | -623.50 |
| | -129.50 | -5,574.50 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 870.50 | 37,425.50 |

2208 Catalina
77503

K & J Machine & Welding Inc., 2208 Catalina St.

Powered by Intuit Payroll

**K & J MACHINE & WELDING INC** 2284

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Bartholomew Stone, 805 Regency St, Deer Park, TX 77536 | ***-**-9931 | Married/(none) | Fed-5/0/TX-0/0 |
| | Pay Period: 09/29/2013 - 10/05/2013 | | Pay Date: 10/11/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Regular | 0:00 | | 1,000.00 | 41,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -53.00 | -2,179.00 |
| FICA-Social Security Employee | -62.00 | -2,542.00 |
| Medicare Employee | -14.50 | -594.50 |
| | -129.50 | -5,315.50 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 870.50 | 35,684.50 |

K & J Machine & Welding Inc., 2208 Catalina St., Pasadena, TX 77503

Powered by Intuit Payroll

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| | § | |
| **WANDA STONE** | § | 13-36601-H4-13 |
| **BARTHOLOMEW D. STONE** | § | |
| Debtor | § | Chapter 13 |

## RESPONSE OF DEBTOR(S) TO ORDER
## REGARDING NECESSITY OF FILING PAYMENT ADVICES

My name is Wanda Stone. I am a Debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of this bankruptcy petition. If this case is a joint case, both spouses have signed below to make this declaration jointly with respect to both.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____11-7-13_____ (date).


/s/ Wanda Stone
Signature of Debtor


/s/ Bartholomew D. Stone
Signature of Joint Debtor (if joint case)